**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIAN ALEXANDER ZARATE,<br><br>Defendant. | No. 18-CR-2073 CJW<br><br>**ORDER REGARDING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S CONDITIONAL GUILTY PLEA** |

## I.  INTRODUCTION AND BACKGROUND

On December 19, 2018, a two-count Indictment was filed against defendant and another person.  Defendant was charged with offenses in counts one and two.  On August 21, 2019, defendant appeared before United States Magistrate Judge Mark Roberts and entered a conditional plea of guilty to count two of the Indictment.  On August 22, 2019, Judge Roberts filed a Report and Recommendation in which he recommended that defendant's conditional guilty plea be accepted.  The parties did not file objections to Judge Roberts' Report and Recommendation.  The Court, therefore, undertakes the necessary review of Judge Roberts' recommendation to accept defendant's conditional plea in this case.

## II.  ANALYSIS

Pursuant to statute, this Court's standard of review for a magistrate judge's report and recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.  A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.

28 U.S.C. § 636(b)(1)(C).  Where parties make no objections to a magistrate's report

and recommendation, the Court reviews the magistrate's report and recommendation for clear error. 28 U.S.C. § 636(b)(1)(A). Similarly, Federal Rule of Criminal Procedure 59(b) provides for review of a magistrate judge's report and recommendation on dispositive motions, where objections are made, as follows:

> The district judge must consider de novo any objection to the magistrate judge's recommendation. The district judge may accept, reject, or modify the recommendation, receive further evidence, or resubmit the matter to the magistrate judge with instructions.

FED. R. CRIM. P. 59(b)(3).[1]

In this case, the parties filed no objections, and it appears to the Court upon review that Judge Roberts' findings and conclusions are not clearly erroneous. Therefore, the Court **ACCEPTS** Judge Roberts' Report and Recommendation of August 22, 2019, and **ACCEPTS** defendant's conditional plea of guilty in this case to count two of the Indictment.

**IT IS SO ORDERED** this 6th day of September, 2019.

_____
C.J. Williams
United States District Judge
Northern District of Iowa

---

[1] *United States v. Cortez-Hernandez*, 673 F. App'x 587, 590-91 (8th Cir. 2016) (per curiam), suggests that a defendant may have the right to de novo review of a magistrate judge's recommendation to accept a plea of guilty even if no objection is filed.